BEFORE THE FIRST DIVISION, AUGUST 25, 1964

**No. 68745.**—Davies, Turner & Co. *v.* United States, protests 63/7010, etc. (Philadelphia).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the articles in question are microscopes, valued under $25 each, the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, AUGUST 25, 1964

**No. 68746.**—James V. McConnel, Inc., and V. T. Mancusi et al. *v.* United States, protests 326736–K, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of nylon laces and lace articles and that the issue is the same as that involved in *United States* v. *Steinberg Bros.* (47 CCPA 47, C.A.D. 727), the claim of the plaintiffs was sustained.